**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Hung Le v. The State of Texas

Appellate case number:    01-14-01019-CR

Trial court case number:  1398928

Trial court:              232nd District Court of Harris County

On November 11, 2016, this appeal was abated, and the case was remanded to the trial court for a hearing regarding appellant's counsel's failure to file a brief. The trial court appointed new counsel and ordered the brief filed no later than January 5, 2017.

On January 5, 2017, appellant's new counsel, Joe Varela, filed two motions: a motion to supplement the record and a motion for extension of time to file the brief.

The abatement of this appeal is lifted and the case is restored to the active docket.

The motion to supplement is **denied** because no ruling from this court is necessary to supplement the record. The rules authorize a party to "direct the official court reporter to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items." TEX. R. APP. P. 34.6(d).

The motion for extension of time to file appellant's brief is **granted**. A brief shall be filed by **February 21, 2017**.

It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                   ☒ Acting individually    ☐ Acting for the Court


Date:  January 24, 2017